ELECTRONICALLY FILED
Garland County Circuit Court
Jeannie Pike, Garland Co. Circuit Court Clerk
2021-Apr-02 16:38:12
26CV-21-285
C18ED01 : 6 Pages

IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS
CIVIL DIVISION

PERRY HARSTON                                                      PLAINTIFF

VS.                              NO. _____

BECTON, DICKINSON and COMPANY; and
C.R. BARD, INC.                                                    DEFENDANTS

## COMPLAINT

Comes the Plaintiff, Perry Harston, by and through his attorney, David A. Hodges, and for his cause of action against Defendants, Becton, Dickson, and Company and C.R. Bard, Inc. and states and alleges as follows:

## JURISDICTION AND VENUE

1. The Circuit Court of Garland County, Arkansas has jurisdiction of this case because of the fact that Plaintiff is seeking damages against the Defendant in this civil proceeding thereby giving this Court jurisdiction under Ark. Const. Art. 7 § 11 and Ark. Code Annotated § 16-13-201.

2. The Venue for this action is in Garland County, Arkansas pursuant to the provisions of the General Venue Statute, Ark. Code Annotated § 16-60-101 and Ark. Code Ann. § 16-55-213 (Civil Justice Reform Act of 2003).

**EXHIBIT 1**

## PARTIES

3. Plaintiff, Perry Harston, is an adult resident of the State of Arkansas, who currently resides at 104 Brookmoor Lane, Hot Springs National Park, Arkansas 71913.

4. Defendant, Becton, Dickinson and Company, is a medical technology company. Upon information and belief, Defendant's principal place of business is located at 1 Becton Drive, Franklin Lakes, New Jersey 07417. The agent for service of process is C T Corporation System, 124 West Capitol Avenue, Suite 1900, Little Rock, AR 72201.

5. Defendant C.R. Bard, Inc., is a manufacturer of medical technologies and subsidiary of Becton, Dickinson and Company. Upon information and belief, Defendant's principal place of business is located at 730 Central Avenue, New Providence, New Jersey 07974. The agent for service of process is C T Corporation System, 124 West Capitol Avenue, Suite 1900, Little Rock, AR 72201.

## FACTUAL BACKGROUND AND ALLEGATIONS COMMON TO ALL COUNTS

6. In approximately 2007, Plaintiff had a Kugel hernia mesh manufactured by Defendant C. R. Bard, Inc. surgically implanted.

7. On August 2, 2020, Plaintiff was admitted to the hospital due to abdominal pain.

8. On August 6, 2020, the Kugel hernia mesh was surgically removed from Plaintiff, along with portions of Plaintiff's small intestine due to blockage and infection caused by the Kugel hernia mesh.

9. Plaintiff was discharged from the hospital on September 5, 2020, and has continued to receive treatment and surgeries caused by the Kugel hernia mesh.

## COUNT I

10. As a cause of action and ground for relief, Plaintiff alleges the factual matters described in paragraphs no. 1 through 9, inclusive of the Complaint as part of this Count.

11. The injuries and damages complained of by Plaintiff was caused by the use of the Kugel hernia mesh and Defendants are guilty of negligence, which consists of but is not limited to, the following which negligence was a proximate cause of the alleged injuries and damages, viz.:

   a. Negligently failed to design, manufacture, and construct the hernia mesh to prevent the risks associated with Defendants' hernia mesh;

   b. Designing, fabricating, assembling, manufacturing, labeling, selling, distributing, and/or supplying of the hernia mesh with features which were harmful and/or defective;

   c. Failing to properly and adequately design, fabricate, manufacture, sell, label, distribute, and/or supply the hernia mesh in an adequate and safe condition for users such as the Plaintiff;

d. Failing to provide, establish, and/or follow proper and adequate quality control methods so as to provide a safe product;

e. Failing to design, fabricate, manufacture, sell, label, distribute, and/or supply and/or safely develop and test their product in order to insure or safeguard against the inherent dangers of the product or to provide a safe product;

f. Concealing from, and/or failing to disclose to purchasers, and other similarly situated, that the vehicle was defectively and/or unreasonably designed, and was unreasonably dangerous, thereby making it dangerous to use;

g. Designing, fabricating, assembling, manufacturing, labeling, selling, distributing, and/or supplying the hernia mesh without adequate warnings, cautions, and/or directions concerning the dangers and limitations of their product;

h. Failing to warn of the inherent and latent defects in the hernia mesh which made it dangerous and unsafe for its intended use;

i. Failing to make necessary modifications to the hernia mesh when Defendants knew or should have known that the conditions of the hernia mesh could be prevented by the incorporation of certain redesigns;

j. Such other acts or omissions which constitute negligence as they appear during the course of the proceeding in the case.

## **DAMAGES**

12. Plaintiff sustained injuries and damages, which injuries and damages consist of, but are not limited to the following, viz.:

a. Permanent partial impairment;

b. Past and future medical expense;

    c.    Past and future pain and suffering;

    d.    Past and future mental anguish;

    e.    Loss of ability to earn in the future;

    f.    Past and future lost wages;

    g.    Scars, disfigurement, and other visible results of Plaintiff's injuries;

    h.    Other damages that will be more particularly described during the course of the litigation.

13. Plaintiff demands judgement against Defendants for a sum in excess of the minimum limits of jurisdiction for Federal Court, costs and all other relief to which the Plaintiff may be entitled.

## JURY DEMAND

14. Plaintiff, pursuant to Rule 38 of the Arkansas Rules of Civil Procedure, demands a jury trial on all factual issues.

**PERRY HARSTON, PLAINTIFF**

By: /s/ **DAVID A. HODGES**
    **DAVID A. HODGES**
    **Attorney at Law**
    **212 Center Street, Fifth Floor**
    **Little Rock, Arkansas 72201-2429**
    **Arkansas Bar No. 65021**
    **Telephone: (501) 374-2400**
    **Facsimile:  (501) 374-8926**
    **E-Mail:  david@hodgeslaw.com**

**And**

                                    **Phillip Allen**
                                    **Attorney at Law**
                                    **116 South 4th Street**
                                    **P.O. Box 2602**
                                    **West Helena, AR 72390**
                                    **Telephone: 870-572-6065**
                                    **Facsimile:  870-572-4265**
                                    **E-Mail:** phillipallen@suddenlinkmail.com

ELECTRONICALLY FILED
Garland County Circuit Court
Jeannie Pike, Garland Co. Circuit Court Clerk
2021-Apr-02  16:38:12
26CV-21-285
C18ED01 : 2 Pages

# COVER SHEET
## STATE OF ARKANSAS
## CIRCUIT COURT: CIVIL

The civil reporting form and the information contained herein shall not be admissible as evidence in any court proceeding or replace or supplement the filing and service of pleadings, orders, or other papers as required by law or Supreme Court Rule. This form is required pursuant to Administrative Order Number 8. Instructions are available at https://courts.arkansas.gov.

**County:** GARLAND        **District:** _____    **Filing Date:** _____
**Judge:** _____        **Division:** _____    **Case ID:** _____

### Type of case (select one that best describes the subject matter)

**Torts**
- ☐ (NM) Automobile
- ☐ (IT) Intentional
- ☐ (MP) Malpractice – Medical
- ☐ (MO) Malpractice – Other
- ☐ (LP) Premises – Liability
- xx (PL) Product Liability
- ☐ (DF) Slander/Libel/Defamation
- ☐ (OD) Torts – Other

**Contracts**
- ☐ (BP) Buyer Plaintiff
- ☐ (EM) Employment Discrimination
- ☐ (EO) Employment – Other
- ☐ (DO) Seller Plaintiff (Debt Collection)
- ☐ (OC) Contract – Other

**Real Property**
- ☐ (CD) Condemnation/Eminent Domain
- ☐ (UD) Landlord/Tenant Unlawful Detainer
- ☐ (UO) Landlord/Tenant – Other
- ☐ (FC) Mortgage Foreclosure
- ☐ (QT) Real Property – Other

**Miscellaneous Civil**
- ☐ (AP) Administrative Appeal
- ☐ (EL) Election
- ☐ (FV) Foreign Judgment – Civil
- ☐ (FR) Fraud
- ☐ (IJ) Injunction
- ☐ (CF) Property Forfeiture
- ☐ (RF) Register Arkansas Judgment
- ☐ (WT) Writ - Other
- ☐ (OM) Civil – Other

|  | **Plaintiff** |  | **Defendant** |
|---|---|---|---|
| Company/Last Name | HARTSON | Company/Last Name | BECTON, DICKINSON AND COMPANY |
| Suffix |  | Suffix |  |
| First Name | PERRY | First Name |  |
| DL/State ID |  | DL/State ID |  |
| Address | 104 BROOKMOOR LANE | Address | 1 BECTON DRIVE |
| City, State ZIP | HOT SPRINGS, AR 71913 | City, State ZIP | FRANKLIN LAKES, NJ 07417 |
| Phone |  | Phone |  |
| Email |  | Email |  |
| Self-represented | ☐ Yes    X☐ No | Self-represented | ☐ Yes    ☐ No |
| DOB |  | DOB |  |
| Interpreter needed? | ☐ Yes: _____  X☐ No   (language) | Interpreter needed? | ☐ Yes: _____  ☐ No   (language) |

**Attorney of Record:** DAVID A. HODGES        **Bar #:** 65021
**For the:** XX☐ Plaintiff    ☐ Defendant    ☐ Intervenor    **Email Address:** david@hodgeslaw.com
**Related Case(s):** Judge: _____        Case ID(s): _____
**Manner of filing (choose one):**    xx☐ (MFO) Original         ☐ (MFR+case type) Re-open
                                      ☐ (MFT) Transfer           ☐ (MFF) Reactivate

6/1/2017

# COVER SHEET
## STATE OF ARKANSAS
### CIRCUIT COURT: CIVIL

Additional Civil Case Party Information. Attach this and additional pages if needed.
If amending an existing case to add parties, include:
  Case ID:                                             Case Styling:   HARSTON V. BECTON, DICKINSON AND COMPANY

| **Party Type: DEFENDANT** | | Party Type: Choose an item. | |
|---|---|---|---|
| Company/Last Name | **C.R. BARD, INC.** | Company/Last Name | |
| Suffix | | Suffix | |
| First Name | | First Name | |
| DL/State ID | | DL/State ID | |
| Address | **730 CENTRAL AVE.** | Address | |
| City, State ZIP | **NEW PROVIDENCE, NJ 07974** | City, State ZIP | |
| Phone | | Phone | |
| Email | | Email | |
| Self-represented | Choose yes/no. | Self-represented | Choose yes/no. |
| DOB | | DOB | |
| Interpreter needed? | Choose yes/no. | Interpreter needed? | Choose yes/no. |
| Language | Choose an item. | Language | Choose an item. |
| Other language | | Other language | |
| Party Type: Choose an item. | | Party Type: Choose an item. | |
| Company/Last Name | | Company/Last Name | |
| Suffix | | Suffix | |
| First Name | | First Name | |
| DL/State ID | | DL/State ID | |
| Address | | Address | |
| City, State ZIP | | City, State ZIP | |
| Phone | | Phone | |
| Email | | Email | |
| Self-represented | Choose yes/no. | Self-represented | Choose yes/no. |
| DOB | | DOB | |
| Interpreter needed? | Choose yes/no. | Interpreter needed? | Choose yes/no. |
| Language | Choose an item. | Language | Choose an item. |

IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS
CIVIL DIVISION

**PERRY HARSTON**                                                                               **PLAINTIFF**

**VS.**

**BECTON, DICKINSON and COMPANY; and**
**C.R. BARD, INC.**                                         **DEFENDANTS**

<u>**SUMMONS**</u>

**THE STATE OF ARKANSAS TO DEFENDANT:**

Becton, Dickinson and Company
c/o C T Corporation System
124 West Capitol Ave., Suite 1900
Little Rock, AR 72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: David Hodges
Attorney at Law,
212 Center Street, 5th Floor
Little Rock, AR 72201
If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

                                                                           CLERK OF COURT

Address of Clerk's Office
Jeanne Pike
Courthouse
501 Washington Ave., Suite 207
Hot Springs, AR 71901       [Signature of Clerk or Deputy Clerk]
                                                       Date:_____

[SEAL]

**No. _____ This summons is for Becton, Dickinson and Company**

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____ _____ [place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____ _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____ [address] with _____ [name], a person at least 14 years of age who resides there, on _____ [date]; or

☐ I delivered the summons and complaint to _____ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____ [name of defendant] on _____ [date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____         SHERIFF OF GARLAND COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____         By: _____
[Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____



Arkansas Judiciary

| | |
|---|---|
| **Case Title:** | PERRY HARTSON V BECTON DICKINSON AND COMPANY ETAL |
| **Case Number:** | 26CV-21-285 |
| **Type:** | SUMMONS - FILER PREPARED |

So Ordered

*Tammie Tucker*

TAMMIE TUCKER

Electronically signed by TLTUCKER on 2021-04-05 08:41:30     page 4 of 4

IN THE CIRCUIT COURT OF GARLAND COUNTY, ARKANSAS
CIVIL DIVISION

**PERRY HARSTON**                                                                              **PLAINTIFF**

**VS.**

**BECTON, DICKINSON and COMPANY; and**
**C.R. BARD, INC.**                                              **DEFENDANTS**

<u>**SUMMONS**</u>

**THE STATE OF ARKANSAS TO DEFENDANT:**

C.R. Bard
c/o C T Corporation System
124 West Capitol Ave., Suite 1900
Little Rock, AR 72201

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: David Hodges
Attorney at Law,
212 Center Street, 5th Floor
Little Rock, AR 72201

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

                                                                 CLERK OF COURT

Address of Clerk's Office
Jeanne Pike
Courthouse
501 Washington Ave., Suite 207
Hot Springs, AR 71901          [Signature of Clerk or Deputy Clerk]
                                         Date:_____

[SEAL]

**No. _____ This summons is for C.R. BARD**

## PROOF OF SERVICE

☐ I personally delivered the summons and complaint to the individual at _____ _____[place] on _____ [date]; or

☐ I left the summons and complaint in the proximity of the individual by _____ _____ after he/she refused to receive it when I offered it to him/her; or

☐ I left the summons and complaint at the individual's dwelling house or usual place of abode at _____[address] with _____[name], a person at least 14 years of age who resides there, on _____[date]; or

☐ I delivered the summons and complaint to _____[name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of _____[name of defendant] on _____[date]; or

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

☐ I am the plaintiff or an attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

☐ Other [specify]: _____

☐ I was unable to execute service because: _____

My fee is $ _____.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: _____          SHERIFF OF GARLAND COUNTY, ARKANSAS

By: _____
[Signature of server]

_____
[Printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: _____          By: _____
[Signature of server]

_____
[Printed name]

Address: _____

_____

Phone: _____

Subscribed and sworn to before me this date: _____

_____
Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

_____



Arkansas Judiciary

**Case Title:** PERRY HARTSON V BECTON DICKINSON AND COMPANY ETAL

**Case Number:** 26CV-21-285

**Type:** SUMMONS - FILER PREPARED

So Ordered

TAMMIE TUCKER

Electronically signed by TLTUCKER on 2021-04-05 08:41:10     page 4 of 4